BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant RUBELCAVA-RUBELCAVA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 09-0020 DLJ |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING CHANGE OF PLEA** |
| ) | **AND SENTENCING DATE;** |
| ) | **EXCLUSION OF TIME** |
| FIDEL RUBELCAVA- ) | |
| RUBELCAVA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea and sentencing date in this case, currently set for Friday, April 10, 2009 at 9:00 a.m., before Honorable Judge D. Lowell Jensen may be continued to Thursday, April 16, 2009, at 1:30 p.m. for change of plea and sentencing. The reason for the request is that defense counsel needs more time to review the finalized plea agreement with the assistance of an interpreter. In addition, there is an issue regarding the calculation of the criminal history points and appropriate criminal history category and counsel would like time to file a sentencing memorandum which addresses this issue.

The parties stipulate that the time from April 10, 2009 to April 16, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel and under 18 U.S.C. §§3161(h)(1)(I) as the Court continues to consider the proposed plea agreement to be entered into by the parties.

DATED: April 8, 2009                     /s/
                                         JOYCE LEAVITT
                                         Assistant Federal Public Defender

DATED: April 8, 2009                     /s/
                                         ANDREW HUANG
                                         Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea and sentencing date in this case, previously set for April 10, 2009 at 9:00 a.m., before Honorable Judge D. Lowell Jensen may be continued to Thursday, April 16, 2009, at 1:30 p.m.

IT IS FURTHER ORDERED that the time from April 10, 2009 to April 16, 2009, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel and under 18 U.S.C. §§3161(h)(1)(I) as the Court continues to consider the proposed plea agreement to be entered into by the parties.

SO ORDERED.

DATED:   April 9, 2009                   _____
                                         D. LOWELL JENSEN
                                         United States District Judge